IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SHANE MCCREARY, | : | Civil No. 1:22-CV-00510 |
| Petitioner, | : | |
| v. | : | |
| CUMBERLAND COUNTY PROBATION, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# **ORDER**

Before the court is the report and recommendation of United States Magistrate Judge Martin C. Carlson recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice to renewal once Petitioner has properly exhausted his state court remedies. (Doc. 3.) (*Id.*) In response, Petitioner filed what the court will generously construe as a general objection to the report and recommendation consisting of one sentence: "Jurisdiction of the case ends for the state of pa when my sentence ended on April 7, 2022." (Doc. 4.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6.

1

Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Judge Carlson's report and recommendation and finds no clear error or manifest injustice on the face of the record, even considering Petitioner's generously construed objection. (*See* Doc. 4.) Accordingly, **IT IS ORDERED THAT:**

1. The report and recommendation issued by United States Magistrate Judge Martin C. Carlson, Doc. 3, is **ADOPTED** in its entirety.

2. Petitioner's objection, Doc. 4, is **OVERRULED**.

3. The petition, Doc. 1, is **DISMISSED WITHOUT PREJUDICE** to renewal once Petitioner has properly exhausted his state court remedies.

4. The court finds no basis to issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c).

5. The Clerk of Court is directed to close this case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania

Dated: July 25, 2022